**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KEVIN DEVAULT,

                          Petitioner,                        16 **CIVIL** 7281 (VB)

       -against-                                     **JUDGMENT**

THOMAS GRIFFIN,

                          Respondent.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 31, 2020, the Court adopts the R&R as the opinion of the Court, and the petition for a writ of habeas corpus is denied; accordingly, this case is closed. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**DATED:** New York, New York
             August 31, 2020

                                                                **RUBY J. KRAJICK**
                                                                 _____
                                                                       Clerk of Court

                                       **BY:**   _____
                                                                       **Deputy Clerk**